**92–2386.** Cacolici v. Cacolici. *Lake County*, No. 91–L–146.

**92–2391.** Bahleda v. Continental Natl. Indemn. Co. *Geauga County*, No. 91–G–1639. F.E. SWEENEY and PFEIFER, JJ., dissent.

**92–2416.** State v. Oberdick. *Belmont County*, No. 92–B–10. RESNICK, J., dissents.

**92–2420.** State v. Olding. *Shelby County*, No. 17–92–8. WRIGHT and PFEIFER, JJ., dissent.

**92–2465.** State v. Ferrell. *Hamilton County*, No. C–910876. WRIGHT and PFEIFER, JJ., dissent.

## REHEARING DOCKET

**90–1815.** State v. Slagle. *Cuyahoga County*, No. 55759. Reported at 65 Ohio St.3d 597, 605 N.E.2d 916. On motion for rehearing. Rehearing denied.
WRIGHT, J., dissents.
F.E. SWEENEY, J., not participating.

**91–1675.** State v. Murphy. *Marion County*, No. 9–87–35. Reported at 65 Ohio St.3d 554, 605 N.E.2d 884. On motion for rehearing. Rehearing denied.
MOYER, C.J., and WRIGHT, J., dissent.
F.E. SWEENEY, J., not participating.

**91–1776.** Cleveland City School Dist. Bd. of Edn. v. Dan M. Hisaka & Assoc., Inc. *Cuyahoga County*, No. 60374. Reported at 65 Ohio St.3d 1214, 605 N.E.2d 947. On motion for rehearing. Rehearing denied.
WRIGHT, J., dissents.
F.E. SWEENEY, J., not participating.

**91–2132.** State v. McCarthy. *Montgomery County*, No. CA 12123. Reported at 65 Ohio St.3d 589, 605 N.E.2d 911. On motion for rehearing. Rehearing denied.
WRIGHT and RESNICK, JJ., dissent.
F.E. SWEENEY, J., not participating.

**91–2294.** State ex rel. Weiss v. Indus. Comm. In Mandamus. Reported at 65 Ohio St.3d 470, 605 N.E.2d 37, and 65 Ohio St.3d 1483, 604 N.E.2d 759. On second motion for rehearing. The motion fails on the following vote:
MOYER, C.J., WRIGHT and PFEIFER, JJ., would deny.
A.W. SWEENEY, DOUGLAS and RESNICK, JJ., would grant.
F.E. SWEENEY, J., not participating.

**92–150.** State ex rel. B & C Machine Co. v. Indus. Comm. *Franklin County*, No. 90AP–624. Reported at 65 Ohio St.3d 538, 605 N.E.2d 372. On motion for rehearing. Rehearing denied.
MOYER, C.J., dissents.
F.E. SWEENEY, J., not participating.

**92–1308.** Cleveland v. Willis. *Cuyahoga County*, No. 63309. Reported at 65 Ohio St.3d 1489, 605 N.E.2d 390. On motion for rehearing. Rehearing denied.

**92–1779.** Toms v. Ohio Unemp. Comp. Bd. of Review. *Clark County*, No. 2872. Reported at 65 Ohio St.3d 1458, 602 N.E.2d 254. On motion for rehearing. Rehearing denied.
F.E. SWEENEY, J., not participating.

**92–1816.** State v. Campbell. *Fulton County*, No. 91FU000017. Reported at 65 Ohio St.3d 1477, 604 N.E.2d 168. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.
F.E. SWEENEY, J., not participating.